# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ST. LUCIE SETTLEMENT, INC.,**
Appellant,

v.

**JOSHUA J. ROBBERTS** and **MARIA CHEN-ROBBERTS,**
Appellees.

No. 4D19-3492

[January 7, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 18-776 CA.

Jacob E. Ensor and Samantha L. Simpson of Ross Earle Bonan & Ensor, P.A., Stuart, for appellant.

Owen Schultz of McCarthy, Summers, Wood, Norman, Melby & Schultz, P.A., Stuart, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***